drawn on motion of the appellant. *Mr. Castro (Cruz),* for appellant.

---

No. 21. GARCÍA *v.* HIDALGO.—Appeal from the District Court of Mayagüez in proceedings for injunction. Decided March 18, 1904. The writ of injunction issued by the district court is dissolved on the ground of the dismissal of the complaint on which the said injunction was issued. *Mr. Texidor,* for appellant.

---

No. 10. EX PARTE GIMÉNEZ.—Appeal from the District Court of San Juan. Decided March 29, 1904. It was declared that the appeal could not be considered. *Mr. Martínez Quintero,* for appellant.

---

No. 30. EX PARTE RODRÍGUEZ.—Petition for a writ of *habeas corpus.* Decided April 11, 1904. Petition denied. *Mr. Ramos,* for petitioner.

---

No. 103. GARCÍA *v.* ALONSO.—Appeal from the District Court of San Juan. Decided April 15, 1904. Withdrawn on motion of the appellant. *Mr. Martínez Quintero,* for appellant.

---

No. 31. EX PARTE PADILLA.—Petition for a writ of *habeas corpus.* Decided April 18, 1904. Petition denied. *Mr. Ramos,* for petitioner.